June 2, 2014

Honorable James K. Bredar
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

RE: Dianne K. Van Rossum
    Civil Action No. JKB-14-115

Dear Judge Bredar,

In response to Baltimore County Government's Motion to Dismiss for Untimely Filing on May 28, 2014 I would like to inform the Court that I did not file my civil action based on the Title VII document as the County stated. The time to file under that deadline I am aware has passed, and chose not to pursue a claim under that Act. Instead, I have filed my civil action claim against Baltimore County based on Title I of the Americans with Disabilities Act of 1990, as referenced in my complaint and the Notice of Right to Sue letter dated October 17, 2013 from the Department of Justice.

Baltimore County is currently operating under a Department of Justice Consent Decree (attachment) for continued violations of Title I of the Americans with Disabilities Act, which is the reason I filed my civil action suit against them. The EEOC forwarded all claims against Baltimore County Government to the DOJ because of the Department of Justice's continued investigation into Baltimore County's discriminatory policies and violation of the American with Disabilities Act, as well as Baltimore County's refusal to enter into mediation.

I was issued a Notice of Right to Sue letter from the Department of Justice on October 17, 2013 (attachment) which gave me 90 days in which to file suit. On January 15, 2014 I filed the above civil action case in the United States District Court of Maryland ( attachment) within the required 90 day time period as stated in the DOJ's Notice of Right to Sue letter.

In addition, I served Baltimore County (via Legal Papers, Inc) the civil action

papers on May 13, 2014 (attachment) within 120 days of filing, as was required for my suit. On May 9, 2014 you graciously extended the filing period until June 11, 2013 (attachment). I was therefore again covered on my filing deadlines.

I have contacted Baltimore County Government to inform them of their error in an attempt to resolve this matter as quickly as possible and move forward with the case (attachment).

In conclusion, and for the reasons stated above, I would ask the Court to deny Baltimore County's request for Dismissal of this case based on Untimely Filing as I complied with all the required deadlines and to rule in my favor against their motion.

If you require additional information, please do not hesitate to contact me.

With kind regards,

*Dianne K. Van Rossum*

Dianne K. Van Rossum
1702 Cottage Cove Circle
North Myrtle Beach, SC 29582
443.845.9502


cc:encl.