IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Maryland)

| | | |
|---|---|---|
| DIANNE K. VAN ROSSUM | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: JKB-14-CV-00115 |
| BALTIMORE COUNTY, MARYLAND | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S REPLY TO THE PLAINTIFF'S RESPONSE IN OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS FOR UNTIMELY FILING

Baltimore County Maryland, Defendant, by undersigned counsel, respectfully submits this Reply to the Plaintiff's Response in Opposition to the Motion To Dismiss and in support thereof states:

1. Absent waiver, estoppel or equitable tolling a lawsuit filed in excessive of the ninety-day period will be dismissed. *Zipes v. Trans World Airlines, Inc.*, 445 U.S. 385, 392-393, 102 S. Ct. 1127, 71 L. Ed. 2d 234 (1982).

2. In her Response in Opposition, Plaintiff admits she chose not to file a claim pursuant to the Notice of Right to Sue issued April 19, 2013, attached as Ex. 1 To the Motion To Dismiss.

3. Voluntarily choosing not to file her claim does not constitute waiver, estoppel or grounds for equitable tolling of the ninety-day period for filing a lawsuit.

4. Plaintiff was clearly on notice of her rights and obligations. The ninety-day time period is to be strictly construed.

Respectfully submitted

_____/s/_____
JAMES S. RUCKLE, JR. (#04791)
Assistant County Attorney
400 Washington Avenue
Towson, Maryland 21204
Phone: (410) 887-4420
jruckle@baltimorecountymd.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2014 a copy of the Defendant's Reply To The Plaintiff's Response In Opposition To The Defendant's Motion To Dismiss For Untimely Filing was mailed, postage pre-paid, to:

Dianne K. Van Rossum
1702 Cottage Cove Circle
North Myrtle Beach, SC 29582

                                                  /s/
                                    JAMES S. RUCKLE, JR.
                                    Assistant County Attorney